JENKINS v. WHEELER

No. 393P84.

Case below: 69 N.C. App. 140.

Petition by defendant (James L. Wilson) for discretionary review under G.S. 7A-31 denied 28 August 1984.

KILPATRICK v. UNIVERSITY MALL; BADGETT v. UNIVERSITY MALL

No. 378P84.

Case below: 68 N.C. App. 629.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 28 August 1984.

KING v. HILL & GREEN

No. 315P84.

Case below: 68 N.C. App. 788.

Petition by defendant (Hill) for discretionary review under G.S. 7A-31 denied 28 August 1984.

KRAEMER v. MOORE

No. 220P84.

Case below: 67 N.C. App. 505.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

LaGASSE v. GARDNER

No. 371P84.

Case below: 68 N.C. App. 563.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.